IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JAMES ARTHUR ROSS**,

        Plaintiff,

        v.

**MARK NOOTH et al.**,

        Defendants.

No. 3:09-cv-01530-HU

OPINION AND ORDER

**MOSMAN, J.**,

On March 12, 2013, Magistrate Judge Hubel issued his Findings and Recommendation ("F&R") [128] in the above-captioned case recommending that defendants' motion for summary judgment [90] be granted. Plaintiff objected [131]. Defendants did not respond to plaintiff's objections.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of

1 – OPINION AND ORDER

the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Hubel's recommendation, and I ADOPT the F&R [128] as my own opinion. After consideration of plaintiff's memorandum [105] filed in response to the Advice Notice and Scheduling Order [102], I decline to withdraw my prior order [56] granting defendants' motion [22] to dismiss claims one and four.

IT IS SO ORDERED.

DATED this   16th   day of May, 2013.

/s/ Michael W. Mosman\_\_\_\_
MICHAEL W. MOSMAN
United States District Judge

2 – OPINION AND ORDER